FILE COPY

01-12-00660-CR

# IN THE SUPREME COURT OF TEXAS

### NO. *13-0882*

SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 5, DAN SCHLADEMAN, AND SUSAN STRUBBE, **PETITIONERS**

V.

PROFESSIONAL JANITORIAL SERVICE OF HOUSTON, INC**., RESPONDENT**

No. *2007-27181* in the *61st District Court*, *Harris* County

## BILL OF COSTS

### *Petition for Writ of Mandamus*

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Prof'l Janitorial Serv. of Houston, Inc. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by SCOTUS Blog |
| Motion for Rehearing | $15.00 | $15.00 | Paid by Serv. Employees Int'l Union, et al. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Serv. Employees Int'l Union, et al. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Prof'l Janitorial Serv. of Houston, Inc. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Serv. Employees Int'l Union, et al. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Prof'l Janitorial Serv. of Houston, Inc. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by SCOTUS Blog |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by SCOTUS Blog |
| Petition for Review Filed | $145.00 | $145.00 | Paid by Serv. Employees Int'l Union, et al. |

Balance of costs owing to the Supreme Court of Texas:    **0.00**

*It is further ordered that petitioner, Service Employees International Union Local 5,*

*Dan Schlademan, and Susan Strubbe, pay all costs incurred on this petition.*

FILE COPY

**I, BLAKE A. HAWTHORNE, CLERK** of the Supreme Court of Texas, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of the Supreme Court of Texas, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

with the seal thereof annexed, at the City of Austin, this the 5th day of May, 2015.

BLAKE A. HAWTHORNE, Clerk

By Monica Zamarripa, Deputy Clerk